James E. Beasley, Francis E. Shields, Philadelphia, Pa. (Pepper, Hamilton & Scheetz, Philadelphia, Pa., on the brief), for appellees.

Before McLAUGHLIN, GANEY and SMITH, Circuit Judges.

PER CURIAM.

Though these appeals were argued zealously and exhaustively on behalf of the appellant, our own study of the record convinces us that the trial judge dealt with all of appellant's contentions without any substantial error and most fairly.

The judgments of the district court will be affirmed.

of libelants. Both sides appealed; respondents in the court below contending here that the court erred as a matter of law in making an excessive award, and libelants contending that the award was inadequate. We have carefully considered the record, the briefs, and oral arguments and conclude that all of the grounds of appeal are without merit. The costs of appeal are taxed against G. B. Zigler Company, the Barge Z–120, and Gulf Oil Corporation, respondents in the court below.

The judgment of the trial court is

Affirmed.

**G. B. ZIGLER COMPANY et al.,**
Appellants,

v.

**Russell C. NUNEZ et al., Appellees.**

**Russell C. NUNEZ et al., Appellants,**

v.

**G. B. ZIGLER CO. et al., Appellees.**

No. 21185.

United States Court of Appeals
Fifth Circuit.

May 5, 1964.

George B. Matthews, Lemle & Kelleher, New Orleans, for appellants.

John L. Avant, Baton Rouge, La., for appellees.

Before RIVES and JONES, Circuit Judges, and BOOTLE, District Judge.

PER CURIAM.

This action was brought in the court below by crew members of two vessels seeking an award for salvage services. At the conclusion of the trial, the court below made findings of fact and conclusions of law, and made an award in favor

**Abraham GETTINGER, Plaintiff-**
Appellant,

v.

**Anthony J. CELEBREZZE, Secretary of**
**Health, Education and Welfare,**
Defendant-Appellee.

No. 316, Docket 28423.

United States Court of Appeals
Second Circuit.

Argued April 7, 1964.

Decided April 23, 1964.

Michael J. Ferlisi, New York City (Mortimer Getzels, Legal Aid Society, New York City, on the brief), for plaintiff-appellant.

Thomas H. Baer, Asst. U. S. Atty., New York City (Robert M. Morgenthau, U. S. Atty., Southern District of New York, New York City, on the brief), for defendant-appellee.

Before LUMBARD, Chief Judge, and MOORE and SMITH, Circuit Judges.